Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:21-po-00133-HBK |
| Plaintiff, | |
| v. | |
| CHRISTINE GAYE SILVA, | **MOTION TO DISMISS; AND ORDER THEREON** |
| Defendant. | |

    The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: February 18, 2021        /S/ Sean O. Anderson
                                                       Sean O. Anderson
                                                       Legal Officer
                                                       Yosemite National Park

1

ORDER

Upon motion of the United States pursuant to Fed. R. Crim. P. 48, it is hereby ordered that the matter of *United States v. Silva*, case no. 6:21-po-00133-HBK, is dismissed without prejudice. As a result, the initial appearance scheduled for February 23, 2021 in this matter is vacated.

IT IS SO ORDERED.

Dated:   February 18, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE